AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) |
|---|---|
| v. | ) |
| Estefano Lobo ("Lobo"), YOB: 1992 | )  Case No.  1:22MJ20LDA |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 03/16/2022 in the county of _____ in the
_____ District of Rhode Island , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(B). | Possession with intent to distribute 40 grams or more of fentanyl |

This criminal complaint is based on these facts:

See attached Affidavit of Task Force Officer Officer Dennis Smith of the Bureau of Alcohol, Tobacco, Firearms & Explosives.

☐ Continued on the attached sheet.

*Complainant's signature*

Dennis Smith, Task Force Officer, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ Telephone _____ (specify reliable electronic means).

Date: 3/22/22

*Judge's signature*

City and state: Providence, RI        Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*